■      WILLIAM J. O'NEIL, Respondent, v. DANIEL FOLEY et al., Constituting the Members, Officers, Commissioners and Trustees of the STAR LAKE FIRE DEPARTMENT, et al., Defendants, and RODERICK FRASER et al., Constituting the Commissioners of the STAR LAKE FIRE DISTRICT, Appellants.— Appeal by defendants from an order of the Supreme Court entered in St. Lawrence County, denying a motion to dismiss the complaint under rule 106 of the Rules of Civil Practice. A motion addressed to this same complaint by another defendant was denied and an appeal from the order of denial decided at this term (6 A D 2d 739). The action sounds in tort and is brought against some 53 defendants. The motion to dismiss was based upon the failure of the complaint to allege the service of a notice of claim pursuant to section 50-e of the General Municipal Law in an action against "a public corporation". Appellants urge that a "fire district" is a public corporation. However, neither the fire district nor its officers, as such, are parties defendant. The complaint specifically alleges that the defendants "constituted the members, officers, commissioners and trustees of the Star Lake Fire Department, which was, and still is, an unincorporated association". Thus, section 50-e has no application at all. Upon an appeal from an order addressed to a pleading we must take the pleading as we find it. Order unanimously affirmed, with $10 costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.